IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  12-cr-00414-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUCILIOUS WARD,

      Defendant.

___

### ORDER
___

As further set forth on the record at the hearing held on April 17, 2013, IT IS HEREBY ORDERED as follows:

1.  Defendant's Unopposed Motion to Exclude Additional Time from Speedy Trial Computation Pursuant to Title 18, U.S.C., § 3136(h)(7)(A) [Doc # 17] is GRANTED, and the speedy trial clock shall be extended for 120 days beyond April 23, 2013; and

2.  A status and scheduling hearing is set for Wednesday, June 19, 2013 at 9:00 a.m.

Dated: April  17 , 2013, in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE