IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  12-cr-00414-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUCILIOUS WARD,

      Defendant.

___

### ORDER
___

As further set forth on the record at the hearing held on June 19, 2013, IT IS HEREBY ORDERED as follows:

1.  Based on my findings on the record declaring this case complex, a period of 365 days shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii) pending further filings on this issue by the Government; and

2.  Defendant's motions are due on or before August 19, 2013; the Government's responses to any motions filed by Defendant are due on or before September 9, 2013; and Defendant's replies are due on or before September 23, 2013.

Dated: June   19  , 2013, in Denver, Colorado.

                                                         BY THE COURT:

                                                         s/Lewis T. Babcock
                                                         LEWIS T. BABCOCK, JUDGE