IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  12-cr-00414-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUCILIOUS WARD,

      Defendant.

_____

## ORDER
_____

      As further set forth on the record at the hearing held on August 8, 2013, IT IS HEREBY ORDERED as follows:

      1.  This case is set for a 10-day jury trial commencing February 3, 2014 at 9:00 a.m.;

      2.  Based on my findings on the record, the period of time between now and February 3, 2014 shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii);

      3.  As previously ordered, Defendant's motions are due on or before August 19, 2013; the Government's responses to any motions filed by Defendant are due on or before September 9, 2013; and Defendant's replies are due on or before September 23, 2013;

      4.  A 2-hour hearing is set on Defendant's forthcoming motion to dismiss the indictment for September 26, 2013 at 9:00 a.m.; and

      5.  A trial preparation conference is set for January 9, 2014 at 9:00 a.m.;

      6.  The Government shall provide its witness and exhibit lists; proposed voir dire questions; and proposed jury instructions on or before the date of the trial preparation conference; and

      7.  Defendant may provide its witness and exhibit lists; proposed voir dire questions; and

proposed special jury instructions on or before the date of the trial preparation conference.

Dated: August  8 , 2013, in Denver, Colorado.

                                            BY THE COURT:

                                             s/ Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE