IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 12-cr-00414-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LUCILIOUS WARD,

     Defendant.

___

ORDER
___

     As further set forth on the record at the hearing held on September 26, 2013, IT IS HEREBY ORDERED as follows:

     1. Defendant's Motion to Dismiss [Doc # 43] is DENIED;

     2. The scope of Counts 1-19 of the Indictment is limited to Defendant's failure to account for and pay over to the IRS payroll taxes for employees of Global Access, LLC, d/b/a Global Transportation, LLC; and

     3. The parties shall submit their proposed substantive jury instructions and special verdict forms on or before October 25, 2013.

Dated: September 26, 2013, in Denver, Colorado.

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                         LEWIS T. BABCOCK, JUDGE