IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 12-cr-00414-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUCILIOUS WARD,

      Defendant.

___

## ORDER
___

As further set forth on the record at the hearing held on November 7, 2013, IT IS HEREBY ORDERED as follows:

      1. The parties shall file their proposed jury instructions, witness and exhibit lists, proposed voir dire questions, and any trial briefs they deem helpful to the Court on or before January 6, 2014; and

      2. Defendant shall have 14 days from the filing of the second superceding indictment to file supplemental memoranda on the proposed jury instructions with regard to Counts 20 and 21; the Government's response is due 10 days after Defendant's supplemental memoranda are filed.

Dated: November __12__, 2013, in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE