**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | March 23, 2016 |
| Court Reporter: | Mary George | Probation: | Justine Kozak |

_____

Criminal Action No. 12-cr-00414-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Pegeen Rhyne

    Plaintiff,

v.

1. LUCILIOUS J. WARD,                        John Richilano

    Defendant.

_____

**SENTENCING**
_____

9:01 a.m.     Court in Session.

Defendant is present and on bond.

> Defendant plead guilty to Counts 7 and 21 of the Second Superseding Indictment on January 3, 2014.

Argument by Ms. Rhyne regarding Government's Motion for Downward Departure Pursuant to U.S.S.G. Section 5K.1.1.

Court will consider Exhibit 1 to the Government's response to the motion for variant sentence.

Mr. Richilano responds and provides argument regarding Defendant's Motion for Variant Sentence.

1

Ms. Rhyne further comments on the defendant's cooperation and responds to the defendant's motion for variant sentence.

Statement by Defendant.

**ORDERED**: Government's Motion for Downward Departure Pursuant to U.S.S.G. Section 5K.1.1 (Doc. No. 162) is **GRANTED**.

**ORDERED**: Defendant's Motion for Variant Sentence and Memorandum in Support (Doc. No. 163) is **DENIED**.

**ORDERED**: Government will file a written motion to dismiss Counts 1-6 and 8-20 of the Second Superseding Indictment, the First Superseding Indictment, and the Indictment.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Lucilious J. Ward, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 26 months per count concurrently.

Court recommends that the Bureau of Prisons place Defendant at a facility in Colorado, preferably FCI Englewood.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years per count concurrently.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state, or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance.
- (X) The Court waives the mandatory drug testing provision of 18 U.S.C. §§ 3563(a)(5) or 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall pay in accordance with the Schedule of Payments sheet set forth in the judgment.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
- (X) Pursuant to 18 U.S.C. § 3563(b)(2), it is ordered that the defendant make restitution to the victim, Internal Revenue Service, in the amount of $5,955,231.28.
- (X) Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
- (X) Defendant shall maintain business records for any business activities in which he engages. The defendant shall provide all requested documentation to the probation officer regarding any of his business activities as requested by the probation officer.
- (X) Defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
- (X) Defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.

**ORDERED**: Defendant shall pay a special assessment of $200, which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant shall make restitution to Victim:

Internal Revenue Service-RACS         in the amount of $5,955,231.28
Attn: Mail Stop 6261
333 W. Pershing Avenue
Kansas City, MO 64108

Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

**ORDERED**: The special assessment and restitution obligation are due immediately.

        Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

Defendant advised of right to appeal.

**ORDERED**:   Defendant shall surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

Defendant's bond is continued.

10:27 a.m.    Court in Recess.
Hearing concluded.
Time:  1:26